# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# EUGENE DIVISION

**BRENT ALAN BRIDGES,**

       Plaintiff,

   v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,**

       Defendant.

Case No. 6;11-CV-06342-ST

**ORDER**

**STEWART, Magistrate Judge:**

Attorneys' fees in the amount of $25,632.48 (25% of the retroactive benefits), minus the EAJA fees of $7,953.06 previously paid, for a total of $17,679.42 pursuant to 42 USC § 406(b) are hereby awarded to Plaintiff's attorney, Alan Graf. When issuing the check for payment to Plaintiff's attorney, the Commissioner is directed to subtract any applicable processing fees as allowed by statute.

DATED October 2, 2014.

                                                      /s/ Janice M. Stewart  
                                                      Janice M. Stewart  
                                                      United States Magistrate Judge

1 –ORDER